UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL DAVILA, | No. C 06-5014 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| WALKER ETL WARDEN; et al., | |
| Defendants. | |

Russell Davila filed a pro se prisoner's civil rights complaint under 42 U.S.C. § 1983, concerning acts and omissions that occurred at Pleasant Valley State Prison and Sacramento State Prison. Pleasant Valley State Prison is located in the city of Coalinga and the county of Fresno; Sacramento State Prison is located in the city of Represa and the county of Sacramento. Both counties are within the venue of the Eastern District of California. Defendants are employees at those two prisons and apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. This court has not ruled on any pending motions. The clerk shall transfer this matter.

The court notes that there is a complaint from a second prisoner, James Hottinger, mixed in with Davila's complaint. Hottinger's claims appear to concern events at the Sacramento State Prison and the defendants are employed there. Venue for Hottinger's claims therefore would properly lie in the Eastern District of California. This court will leave it for the transferee court

United States District Court<br>For the Northern District of California

to determine whether it wants to handle the two prisoners' complaints in a single action or otherwise.

IT IS SO ORDERED.

Dated: August 28_, 2006

                                                    _____
                                                    SUSAN ILLSTON
                                                  United States District Judge